**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7189**

JAMES I. WARD,

                    Plaintiff - Appellant,

          v.

WARDEN KUMA J. DEBOO; DR. RAMIREZ, Regional Clinical
Director; DR. ALLEN, Chief of Health Programs, Central
Office; RENDI THOMAS, Designator, Office of Medical
Designation and Transportation, Central Office; ELLEN MACE-
LEIBSON, Former Health Service Clinical Director - FCI -
Gilmer,

                    Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.   Irene M. Keeley,
District Judge. (1:11-cv-00068-IMK-JES)

Submitted:  October 11, 2012          Decided:  October 16, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James I. Ward, Appellant Pro Se.  Jarod James Douglas, Assistant
United States Attorney, Wheeling, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James I. Ward appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ward v. DeBoo, No. 1:11-cv-00068-IMK-JES (N.D.W. Va. June 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED